IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCRETIA SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-481-SLR |
| | ) |
| MICHAEL ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 23rd day of January, 2008, a transcript of administrative proceedings in this action having been filed on January 4, 2008 (D.I. 13);

IT IS ORDERED that the parties shall file motions for summary judgment on or before **March 24, 2008.** Responses shall be filed on or before **April 24, 2008**. Reply briefs may be filed on or before **May 8, 2008**.

_____
United States District Judge